UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. LEMELLE,<br><br>Plaintiff,<br><br>v.<br><br>RAKITAN, et al.,<br><br>Defendants. | Case No. 21-09463 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983 against the officers at Salinas Valley State Prison ("S.V.S.P."). Dkt. No. 1. The matter was originally assigned to Magistrate Judge Sallie Kim, who had Plaintiff's consent. Dkt. No. 5. On February 22, 2022, Magistrate Judge Kim dismissed the complaint with leave to amend, to correct various deficiencies. Dkt. No. 7. Plaintiff was directed to file an amended complaint within twenty-eight days from the date the order was filed and advised that failure to respond would result in the dismissal of the action without further notice to Plaintiff. *Id.* at 3. When the deadline passed without a response from Plaintiff, the matter was reassigned to this Court on March 24, 2022, pursuant to *Williams v. King*, 875 F.3d 500, 502-05 (9th Cir. 2017). Dkt. No. 8.

Plaintiff has failed to file an amended complaint in the time provided. Accordingly, this action is **DISMISSED** without prejudice for failure to file an amended complaint. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  __March 28, 2022_____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.21\09463Lemelle_dis-compl.

2