# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. LEMELLE, | Case No. 21-09463 BLF (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| RAKITAN, et al., | |
| Defendants. | |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file an amended complaint. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __March 28, 2022____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.21\09463Lemelle_judgment